[No. 24750-6-I.   Division One.   November 1, 1993.]

KLAUS GOLOMBEK, ET AL, *Respondents*, v. IN TOUCH
ENTERPRISES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-09733-8, Michael J. Fox, J., entered August
14 and September 7, 1989. *Reversed* by unpublished opinion
per Grosse, J., concurred in by Forrest and Baker, JJ.

[No. 12536-0-III.   Division Three.   November 2, 1993.]

*In the Matter of* T.C., ET AL.

KIMBERLEY KNIGHT, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas
County, No. 90-7-00022-8, Carol A. Wardell, J., entered June
9, 1992. *Affirmed* by unpublished opinion per Sweeney, J.,
concurred in by Thompson, C.J., and Munson, J.

[No. 12399-5-III.   Division Three.   November 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W.
TARBERT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 91-1-01950-0, Harold D. Clarke, J.,
entered April 17, 1992. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Sweeney,
J.